FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 NOV 18 PM 2: 21

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**MEMORANDUM**

TO: David Copperthite
Assistant U.S. Attorney

Keith Holly
Reg. No. 54267-037
VOA
5000 East Monument Street
Baltimore, MD 21205

DATE: November 18, 2015

FROM: Judge Catherine C. Blake

SUBJECT: USA v. Keith Holly, CCB-12-0482

---

I agree that Mr. Holly's sentence of 72 months imposed pursuant to a Rule 11(c)(1)(C) plea agreement was not based on a specified drug quantity guidelines range. Accordingly, his motion for reduction will be denied by separate Order.